UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEROY HOPKINS, JR.,

                Plaintiff,

    v.

RAY MABUS, Secretary, Department of the United States Navy,

                Defendant.

CASE NO. C16-5310BHS

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

      This matter comes before the Court on Defendant Ray Mabus's ("Defendant") motion to dismiss (Dkt. 4).

      On April 25, 2016, Plaintiff Leroy Hopkins, Jr. ("Hopkins") filed a complaint against Defendant alleging employment discrimination. Dkt. 1. On June 28, 2016, Defendant filed a motion to dismiss. Dkt. 4. Hopkins did not respond. On August 22, 2016, the Court renoted Defendant's motion because it was unclear whether Hopkins had notice of the motion. Dkt. 17. Hopkins is registered to accept electronic service and still did not respond to Defendant's motion.

ORDER - 1

1     Upon review of the motion and the remainder of the record, the Court agrees with

2 Defendant that the Court lacks subject matter jurisdiction over Hopkin's claims.

3 Therefore, the Court **GRANTS** Defendant's motion and dismisses Hopkin's complaint.

4 The Clerk shall close this case.

5     **IT IS SO ORDERED**.

6     Dated this 19th day of September, 2016.

7

8     *[signature]*
    BENJAMIN H. SETTLE

9     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22